IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § § § | Case No. 19-34054-sgj11 |
| Debtor. | § | |

| | | |
|---|---|---|
| **THE CHARITABLE DAF FUND, L.P. and CLO HOLDCO, LTD.,** | § § § | |
| Appellants, | § § § | |
| v. | § | Case No. 3:21-cv-03129-N |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § § § | |
| Appellee. | § § | |

| | | |
|---|---|---|
| **CHARITABLE DAF FUND, L.P. AND CLO HOLDCO, LTD., DIRECTLY AND DERIVATIVELY,** | § § § § § | |
| Appellants, | § § § | |
| v. | § | Case No. 3:22-cv-00695-S |
| **HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., AND HIGHLAND CLO FUNDING, LTD., ,NOMINALLY,** | § § § § | |
| Appellees. | § § | |

**APPELLANTS' REPLY IN SUPPORT OF MOTION TO CONSOLIDATE APPEALS
IN ADVERSARY PROCEEDING NO. 21-03067**

Appellants The Charitable DAF Fund L.P. and CLO Holdco, Ltd. file this Reply to note ***Appellee's explicit non-opposition*** to Appellants' Motion to Consolidate Appeals in Adversary Proceeding No. 21-030671. *See* Response at 1 n.3 ("Appellee does not oppose any consolidation before Judge Boyle."). Appellee's Response continues for six pages, rearguing its motion to dismiss the appeal and attempting to explain how the bankruptcy court could not have meant what it actually said. *Id.* at 5 n.16 ("[The bankruptcy court] did make a passing reference to her acting as a magistrate during oral argument. Appellee believes that [the bankruptcy court] was momentarily mistaken …").

However, that argument is not pertinent to this Motion which address consolidation of the two appeals and directing them to Judge Boyle—which Appellee never contests. Accordingly, this Court should treat the Motion as unopposed.

Dated: May 9, 2022                                             Respectfully submitted,

**SBAITI & COMPANY PLLC**

*/s/  Mazin A. Sbaiti*
**Mazin A. Sbaiti**
Texas Bar No. 24058096
**Jonathan Bridges**
Texas Bar No. 24028835
JPMorgan Chase Tower
2200 Ross Avenue – Suite 4900W
Dallas, TX  75201
T:  (214) 432-2899
F:  (214) 853-4367
E:  mas@sbaitilaw.com
    jeb@sbaitilaw.com

**Counsel for Appellants**