# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| CHARITABLE DAF FUND, L.P. *and* <br> CLO HOLDCO, LTD., <br><br> v. <br><br> HIGHLAND CAPITAL <br> MANAGEMENT, L.P., *et al.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> §     CIVIL ACTION NO. 3:22-CV-695-S |

## ORDER

The above-numbered case is hereby transferred to the docket of the Honorable Judge Jane J. Boyle for consolidation with *The Charitable DAF Fund LP, et al. v. Highland Capital Management LP*, Case No. 3:21-cv-3129-N. All future pleadings shall be filed under case number 3:21-cv-3129-B.

**SO ORDERED.**

SIGNED June 9, 2022.

                                                        **KAREN GREN SCHOLER** <br>
                                                        **UNITED STATES DISTRICT JUDGE**